IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY LINDSEY, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:13cv00724 |
| FEDERAL EXPRESS, CORP., | § § § | Jury |
| *Defendants.* | § | |

## ORDER GRANTING JOINT DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Having considered the Joint Motion for Dismissal of All Claims with Prejudice filed by the Parties and having found that the case has been settled as between the Parties, this Court is of the opinion that the Motion should be **GRANTED**.

It is therefore, ORDERED, ADJUDGED and DECREED that the above-entitled and numbered cause of Plaintiff GREGORY LINDSEY against Defendant FEDERAL EXPRESS CORPORATION be dismissed in its entirety with prejudice as to the rights of Plaintiff to re-file same or any part thereof.

It is further ORDERED that the costs shall be paid by the party incurring same.

All other relief not granted herein is DENIED.

SIGNED this __31__ day of __Dec_____, 201**3**.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

JEFFREY L. WILNER & ASSOCIATES

Mr. Jeffrey L. Wilner
State Bar No.: 21665300
1001 Texas Avenue, Suite 1400
Houston, Texas 77002
T: (713) 328-6900
F: (713) 328-6801
*Attorneys for Plaintiff*

AND

SHANNON, GRACEY, RATLIFF, & MILLER, L.L.P.

Peter C. Blomquist
State Bar No.: 00794921
Daniel R. Erwin
State Bar No.: 24059724
Wilbourn T. Woodward
State Bar No.: 24056562
1301 McKinney Street, Suite 2900
Houston, Texas 77010
T: (713) 255-4700
F: (713) 655-1597
*Attorneys for Defendants*